UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHNNY RODRIGUEZ,

                Plaintiff,

-against-

TUTOR PERINI CORPORATION,        Case No.: 1:21-cv-01983(DG)(JRC)

                Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the Parties to the above-entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above entitled action is hereby dismissed, with prejudice, and without attorneys' fees or costs to any Party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be filed with the Clerk of the United States District Court for the Eastern District of New York, without further notice.

SO STIPULATED:


BOND, SCHOENECK & KING, PLLC  PHILLIPS & ASSOCIATES, PLLC


   /s/ Louis P. DiLorenzo     /s/ Brittany Stevens
Louis P. DiLorenzo, Esq.      Brittany Stevens, Esq.
600 Third Avenue, 22nd Floor    45 Broadway, Suite 430
New York, New York 10016     New York, New York 10006
*Attorneys for Defendant*      *Attorneys for Plaintiff*


SO ORDERED:


_____

Magistrate Judge James R. Cho